# United States District Court

<u>NORTHERN</u> DISTRICT OF <u>TEXAS</u>

**FILED**
SEP 29 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA

V.                                            **COMPLAINT**

EDWARD LEE                         CASE NUMBER: 3-14-MJ- 669 - BK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 27, 2014, in the Dallas Division of the Northern District of Texas, defendant(s) did,

bank robbery,

in violation of Title <u>18</u>, United States Code, Section(s) <u>2113(a)</u>.

I further state that I am a(n) <u>Task Force Officer with Federal Bureau of Investigation (FBI)</u> and that this complaint is based on the following facts:

See attached Affidavit of Task Force Officer, James Thompson, (FBI) which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:   XX Yes   No

_____
Signature of Complainant
JAMES THOMPSON
Task Force Officer, (FBI)

Sworn to before me and subscribed in my presence, on this 29th day of September, 2014, at Dallas, Texas.

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT

Your affiant, James Thompson, is a Dallas Police Officer assigned to the Safe Street Violent Crime Task Force with the Federal Bureau of Investigation (FBI) and Primarily investigates bank robberies. Affiant has been a Dallas Police Officer for twenty-four years, and assigned to the Task Force for one year. This affidavit is made in support of an arrest warrant for Edward Lee, black male, date of birth 03/\*\*/1990. This affidavit is based on my personal knowledge and information provided to me by other law enforcement officers who participated in this investigation. Since this affidavit is being submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation.

## OVERVIEW

On September 27, 2014 at approximately 9:01 a.m., the Chase Bank, located at 3535 W. Camp Wisdom Road, Dallas, Texas, which is in the Dallas Division of the Northern District of Texas, had been robbed by a black male suspect. Dallas Police responded to the location, and the suspect was taken into custody at the bank.

## FACTS

On September 27, 2014, your affiant was notified that the Chase Bank, located at 3535 W. Camp Wisdom Road, Dallas, Texas had been robbed by a black male suspect, and the suspect was in custody at the bank. The bank's deposits are insured by the Federal Deposit Insurance Corporation (FDIC). Upon arrival at the bank, your affiant interviewed witness/victim Person A. Person A is employed by Chase Bank as a teller. Person A

stated that she was standing behind the teller's counter, which is enclosed with bank robbery glass, when she observed the suspect, who was later identified as Edward Lee, standing in the customer's line. Person A stated that she motioned for Lee to come over to her teller's station so she could assist him. Person A stated Lee did not say anything to her, instead he slid a hand written note underneath the glass. Person A stated she read note. The note stated, "**I need $3000, I have bomb.**" Person A stated that she was scared and in fear for her life when she first read the note. Person A stated that she immediately locked her drawers and notified the branch manager that she was being robbed. Person A stated that she kept the note and walked away from her teller's station and remained in the back until the police arrived. Person A did not give any money to Lee.

Dallas Police responded to the location, and arrested Edward Lee, who was standing outside the bank near the main entrance. Responding officers searched and did not locate a bomb at the scene. Dallas Police Crime Scene responded to the location and processed the scene.

Edward Lee was transported to Dallas Police Headquarters and interviewed by the Affiant and Task Force Officer Anthony Winn. The interview was videotaped. Lee was advised of his *Miranda* warning, which Lee waived and elected to speak to the investigators. Lee was shown the two surveillance bank photos taken during the time of the robbery. Lee admitted that he was the person in the photo, minus his back pack. He also admitted to going inside the Chase Bank on Camp Wisdom, but he would not admit that he went to the location to rob the bank.

[NO FURTHER INFORMATION ON THIS PAGE]

## CONCLUSION

Based on the forgoing facts and circumstances, there is probable cause to believe that Edward Lee, intentionally and knowingly attempted to take, by force and violence, or intimidation, from the person and presence of another, money belonging to, or in the care, custody, control, management of Chase Bank located at 3535 W. Camp Wisdom Road, Dallas, Texas, a bank whose deposits are insured by the FDIC, in violation of 18 U.S.C. § 2113(a). Accordingly, I request that the Court issue a warrant for Lee's arrest for this offense.

JAMES THOMPSON
Task Force Officer
Federal Bureau of Investigation

SWORN AND SUBSCRIBED to before me on the ____ day of September, 2014.

RENEE HARRIS TOLIVER
United States Magistrate Judge
Northern District of Texas